NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: UNIVERSAL ELECTRONICS, INC.,**
*Appellant*

_____

2023-1016

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/785,795.

_____

**JUDGMENT**

_____

JAMES J. LUKAS, JR., Greenberg Traurig, P.A., Chicago, IL, argued for appellant. Also represented by BENJAMIN GILFORD, GARY R. JAROSIK; ERIK BOKAR, Greenberg Traurig LLP, Orlando, FL.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by MAI-TRANG DUC DANG, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court